IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>JANET YELLEN, in her official capacity as Secretary of the Treasury, *et al.*,<br><br>    Defendants. | Civil Action No. 2:21-cv-0079-Z |

## NOTICE OF APPEAL

Notice is hereby given that Defendants Janet Yellen, in her official capacity as Secretary of the Treasury, Richard K. Delmar, in his official capacity as Acting Inspector General of the Department of the Treasury, the U.S. Department of the Treasury, and the United States appeal to the U.S. Court of Appeals for the Fifth Circuit from this Court's Judgment (Docket No. 54) and all prior orders and opinions merged into the judgment, including but not limited to Docket Nos. 50 (entered March 4, 2022) and 53 (entered April 8, 2022).

DATED: June 6, 2022         Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

BRIAN D. NETTER
Deputy Assistant Attorney General

ALEXANDER K. HAAS
Director, Federal Programs Branch

BRIGHAM J. BOWEN
Assistant Director, Federal Programs Branch

/s/ *Michael P. Clendenen*
MICHAEL P. CLENDENEN
STEPHEN EHRLICH
Trial Attorneys
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street, NW
Washington, DC 20005
Phone: (202) 305-0693
Email: michael.p.clendenen@usdoj.gov

*Counsel for Defendants*