

**U.S. Department of Justice**
Civil Division, Appellate Staff
950 Pennsylvania Ave. NW
Washington, DC 20530

Tel: (202) 305-8849

February 1, 2024

**Via CM/ECF**

Lyle W. Cayce, Clerk of Court
U.S. Court of Appeals for the Fifth Circuit
F. Edward Hebert Building
600 South Maestri Place
New Orleans, LA 70130

    RE:    *Texas v. Yellen*, No. 22-10560

Dear Mr. Cayce:

    I write to call to the Court's attention the attached letter that the Solicitor General recently submitted to Congress under 28 U.S.C. § 530D, informing Congress that the Department of Justice has decided not to seek Supreme Court review of the Eleventh Circuit's decision in *West Virginia v. Department of the Treasury*, No. 22-10168.

                              Sincerely,

                              */s/ Daniel Winik*
                              Daniel Winik

cc:    All counsel (via CM/ECF)